Edward F. Gonciarz, Esq.
Nevada Bar No. 5003
2920 N. Green Valley Pkwy., Ste. 321
Henderson, Nevada 89014
(702) 433-8780
Attorney for Debtors (9085.01-YP)

E-FILED OCT - 2 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

Scott M. Liberty and
Michelle A. Liberty,

    Debtors.

Case No.: BK-S-06-12305-lbr
Chapter 13
Trustee: Rick A. Yarnall

## NOTICE OF DEBTOR'S CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that the new address of Debtors, Scott M. Liberty and Michelle A. Liberty, is as follows:

12851 Oakdale Street
Corona, CA 92880

DATED this ___ day October, 2006.

Edward F. Gonciarz, Esq.
Nevada Bar No. 5003
2920 N. Green Valley Pkwy., #321
Henderson, Nevada 89014
Attorney for Debtors

_____
Edward F. Gonciarz, Esq.