RICK A. YARNALL  E-FILED 04/09/2007
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>SCOTT M. LIBERTY<br>MICHELLE A. LIBERTY<br><br>             Debtors<br>Attorney for Debtor:<br>      EDWARD F GONCIARZ ESQ | CASE NO: BKS-06-12305-LBR<br><br>CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim (including, if appropriate, the payment of and rate of interest ), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before May 09, 2007. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all filed and not filed proof of claims, classification of claims, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HSBC AUTO FINANCE<br>6602 CONVOY COURT<br>SAN DIEGO, CA  92111 | $0.00<br>AT 0.00% INT<br>FROM 08/30/2006<br>TRUSTEE CLAIM# 00001 / COURT CLAIM # | VEHICLE DIRECT<br><br>Paid direct by Debtor |

Page 2 of 5
BKS-06-12305-LBR

SCOTT M. LIBERTY AND MICHELLE A. LIBERTY

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE** <br> P O BOX 21125 <br> PHILADELPHIA, PA  19114 | $4,680.00 <br> AT 10.00% INT <br> FROM 08/30/2006 | IRS SEC <br> <br> EXACTLY 100.00% TO BE PAID | 99 |
| | **TRUSTEE CLAIM# 00002 / COURT CLAIM # 2** | | |
| **WFS FINANCIAL INC** <br> P O BOX 19657 <br> IRVINE, CA  92623-9657 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | VEHICLE DIRECT <br> <br> Paid direct by Debtor | XXXXXXXX4130 |
| | **TRUSTEE CLAIM# 00003 / COURT CLAIM #** | | |
| **AMERICAN GENERAL FINANCE** <br> 600 N ROYAL AVE <br> EVANSVILLE, IN  47715 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX7078 |
| | **TRUSTEE CLAIM# 00004 / COURT CLAIM #** | | |
| **B-LINE LLC/APPLIED CARD BANK FKA CROSS COUNTRY BK** <br> MAIL STOP 550 <br> 2101 FOURTH AVE SUITE 1030 <br> SEATTLE, WA  98121 | $1,460.08 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | 5937 |
| | **TRUSTEE CLAIM# 00005 / COURT CLAIM # 14** | | |
| **BANK OF AMERICA** <br> 275 VALENCIA AVE <br> BREA, CA  92823-6340 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXX4970 |
| | **TRUSTEE CLAIM# 00006 / COURT CLAIM #** | | |
| **BANK OF AMERICA/MBNA** <br> P O BOX 17054 <br> WILMINGTON, DE  19884 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | 3820 |
| | **TRUSTEE CLAIM# 00007 / COURT CLAIM #** | | |
| **CAPITAL ONE BANK** <br> C/O TSYS DEBT MANAGEMENT <br> P O BOX 5155 <br> NORCROSS, GA  30091 | $490.90 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXXXXXXXXXX1872 |
| | **TRUSTEE CLAIM# 00008 / COURT CLAIM # 4** | | |
| **CAPITAL ONE BANK** <br> C/O TSYS DEBT MANAGEMENT <br> P O BOX 5155 <br> NORCROSS, GA  30091 | $691.85 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXXXXXXXXXX2964 |
| | **TRUSTEE CLAIM# 00009 / COURT CLAIM # 7** | | |
| **CAPITAL ONE BANK** <br> C/O TSYS DEBT MANAGEMENT <br> P O BOX 5155 <br> NORCROSS, GA  30091 | $1,840.55 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXXXXXXXXXX5198 |
| | **TRUSTEE CLAIM# 00010 / COURT CLAIM # 5** | | |
| **CITIBANK SD NA/SHELL** <br> P O BOX 15687 <br> WILMINGTON, DE  19850 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXX3534 |
| | **TRUSTEE CLAIM# 00011 / COURT CLAIM #** | | |
| **FIRST PREMIER BANK** <br> 601 S MINNESOTA AVE <br> SIOUX FALLS, SD  57104 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX4470 |
| | **TRUSTEE CLAIM# 00012 / COURT CLAIM #** | | |

SCOTT M. LIBERTY AND MICHELLE A. LIBERTY

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **GEMB/HOME DEPOT** <br> P O BOX 981127 <br> EL PASO, TX 79998 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXX0002 |
| **TRUSTEE CLAIM# 00013 / COURT CLAIM #** | | | |
| **GEMB/LUNDSTROM** <br> P O BOX 981439 <br> EL PASO, TX 79998 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX0070 |
| **TRUSTEE CLAIM# 00014 / COURT CLAIM #** | | | |
| **ECAST SETTLEMENT CORP** <br> P O BOX 35480 <br> NEWARK, NJ 07193-5480 | $1,432.12 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | 2658 |
| **TRUSTEE CLAIM# 00015 / COURT CLAIM # 12** | | | |
| **ECAST SETTLEMENT CORP** <br> P O BOX 35480 <br> NEWARK, NJ 07193-5480 | $1,972.38 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | 3065 |
| **TRUSTEE CLAIM# 00016 / COURT CLAIM # 11** | | | |
| **ECAST SETTLEMENT CORPORATION** <br> P O BOX 7247-6971 <br> PHILADELPHIA, PA 19170-6971 | $1,326.04 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | 1130 |
| **TRUSTEE CLAIM# 00017 / COURT CLAIM # 13** | | | |
| **INTERNAL REVENUE SERVICE** <br> P O BOX 21125 <br> PHILADELPHIA, PA 19114 | $47,872.41 <br> AT 0.00% INT <br> FROM 08/30/2006 | IRS UNS <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXXXXPENS |
| **TRUSTEE CLAIM# 00018 / COURT CLAIM # 2** | | | |
| **RC WILLEY FINANCIAL SERVICES** <br> P O BOX 65320 <br> SALT LAKE CITY, UT 84165-0320 | $230.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | No Provision-Secured <br> <br> EXACTLY 0.00% TO BE PAID | XXXXXX1501 |
| **TRUSTEE CLAIM# 00019 / COURT CLAIM # 1** | | | |
| **US DEPARTMENT OF EDUCATION** <br> PAYMENT CENTER <br> P O BOX 530260 <br> ATLANTA, GA 30353-0260 | $2,365.91 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | X7281 |
| **TRUSTEE CLAIM# 00020 / COURT CLAIM # 3** | | | |
| **WELLS FARGO BANK** <br> 1250 MONTEGO WAY <br> WALNUT CREEK, CA 94598 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXX8229 |
| **TRUSTEE CLAIM# 00021 / COURT CLAIM #** | | | |
| **WELLS FARGO FINANCIAL** <br> 2570 E TROPICANA ST <br> LAS VEGAS, NV 89121 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXX2438 |
| **TRUSTEE CLAIM# 00022 / COURT CLAIM #** | | | |
| **WELLS FARGO FINANCIAL** <br> 5001 E BONANZA RD <br> LAS VEGAS, NV 89110 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXX5317 |
| **TRUSTEE CLAIM# 00023 / COURT CLAIM #** | | | |

Page 4 of 5
SCOTT M. LIBERTY AND MICHELLE A. LIBERTY                                                                        BKS-06-12305-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **WFS FINANCIAL INC** <br> P O BOX 19657 <br> IRVINE, CA  92623-9657 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | LEASE <br> NOT FILED <br> Paid direct by Debtor 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00024 / COURT CLAIM #** | | |
| **HSBC AUTO FINANCE** <br> 6602 CONVOY COURT <br> SAN DIEGO, CA  92111 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | LEASE <br> NOT FILED <br> Paid direct by Debtor 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00025 / COURT CLAIM #** | | |
| **INTERNAL REVENUE SERVICE** <br> P O BOX 21125 <br> PHILADELPHIA, PA  19114 | $11,096.79 <br> AT 0.00% INT <br> FROM 08/30/2006 | No Provision-Priority <br> <br> EXACTLY 0.00% TO BE PAID | XXXXXT/04 |
| | **TRUSTEE CLAIM# 00026 / COURT CLAIM # 2** | | |
| **CAPITAL ONE BANK** <br> C/O TSYS DEBT MANAGEMENT <br> P O BOX 5155 <br> NORCROSS, GA  30091 | $1,840.55 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXXXXXXXXXX5198 |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM # 6** | | |
| **WELLS FARGO BANK N A** <br> OVERDRAFT RECOVERY PAYMENTS PRC DEPT <br> P O BOX 63491 MAC A143-042 <br> SAN FRANCISCO, CA  94163 | $705.29 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | 9188 |
| | **TRUSTEE CLAIM# 00028 / COURT CLAIM # 8** | | |
| **WELLS FARGO AUTO FINANCE** <br> P O BOX 29704 <br> PHOENIX, AZ  85038-9704 | $1,045.82 <br> AT 0.00% INT <br> FROM 08/30/2006 | No Provision-Secured <br> <br> EXACTLY 0.00% TO BE PAID | XXXXXARS) |
| | **TRUSTEE CLAIM# 00029 / COURT CLAIM # 9** | | |
| **HSBC AUTO FINANCE** <br> 6602 CONVOY COURT <br> SAN DIEGO, CA  92111 | $0.00 <br> AT 0.00% INT <br> FROM 08/30/2006 | SECURED <br> NOT FILED <br> EXACTLY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00030 / COURT CLAIM #** | | |
| **SOUTHWEST GAS CORP** <br> P O BOX 98512 <br> LAS VEGAS, NV  89193-8512 | $146.50 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXXXXXXX3005 |
| | **TRUSTEE CLAIM# 00032 / COURT CLAIM # 10** | | |
| **INTEGRATED ALARM SERVICES GROUP** <br> 99 PINE STREET <br> ALBANY, NY  12207 | $1,820.92 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXX1404 |
| | **TRUSTEE CLAIM# 00033 / COURT CLAIM # 15** | | |
| **NEVADA POWER COMPANY** <br> ATTN: YVONNE ENOS <br> P O BOX 10100 <br> RENO, NV  89520 | $1,278.12 <br> AT 0.00% INT <br> FROM 08/30/2006 | LATE FILED UNSEC <br> <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXX7463 |
| | **TRUSTEE CLAIM# 00034 / COURT CLAIM # 16** | | |
| **RC WILLEY FINANCIAL SERVICES** <br> P O  BOX 65320 <br> SALT LAKE CITY, UT  84165-0320 | $432.02 <br> AT 0.00% INT <br> FROM 08/30/2006 | UNSECURED <br> <br> APPROXIMATELY 8.24% TO BE PAID | XXXXXX1501 |
| | **TRUSTEE CLAIM# 10019 / COURT CLAIM # 1** | | |

Page 5 of 5

SCOTT M. LIBERTY AND MICHELLE A. LIBERTY                                                         BKS-06-12305-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

Dated: 4/9/2007                                       /s/ Linda Pletzer
                                                      for Rick A. Yarnall
                                                      Chapter 13 Bankruptcy Trustee